CHARLES H. MILLER et al., as Executors of DORCAS M. CRAMPTON, Deceased, Respondents, *v.* MORRIS WEINSTEIN, Appellant.

*Miller* v. *Weinstein*, 52 App. Div. 533, affirmed.
(Argued March 5, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered in favor of plaintiffs November 27, 1900, upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*Cyrus C. Miller* for appellant.

*Hamilton Wallis* and *John J. O'Grady* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not voting: MARTIN and CULLEN, JJ.